ACCEPTED
12-14-00287-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/8/2015 9:01:22 AM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00287-CR

| | | |
|---|---|---|
| BRANDEE MICHELLE NICHOLS | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12ᵗʰ JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/8/2015 9:01:22 AM
CATHY S. LUSK
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME FOR FILING OF THE STATE'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now the STATE OF TEXAS, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A.   The case was originally disposed of by an open plea of guilty in the 114ᵗʰ District Court of Smith County, Texas, the Honorable Christi Kennedy, judge presiding.

B.   The trial court cause number was 114-0561-14, and the case was styled *The State of Texas v. Brandee Michelle Nichols*.

C.   Appellant was convicted of the offense of Possession of a Controlled Substance.

D.   The trial court assessed the sentence of five years confinement and $2000 fine.

E.   On April 8, 2015, Appellant filed a brief. The State's brief is due to be filed in the Court on or before May 8, 2015.

F.   There have been four extensions of time granted for the filing of Appellant's brief. There have been no prior extensions requested by or granted to the State.

G.  Pursuant to T.R.A.P. 10.5(b), the State is seeking the Court's indulgence to order an extension of fifteen (15) days to allow the State an opportunity for timely filing its reply brief on or before May 25, 2015.

H.  The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now. It has been extremely busy these last two months and I have had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1.  007-1232-09-A, *Ex parte Samuel*, State's response to Art. 11.072 habeas application completed on 04/08/15.

2.  114-0760-13-A, *Ex parte Roberson*, State's supplemental response completed on 04/14/15.

3.  007-1032-11-A, *Ex parte Bowman*, State's answer completed on 04/16/15.

4.  241-1774-10-A, *Ex parte Dean*, State's supplemental response completed on 04/17/15.

5.  114-0799-01-B, *Ex parte Malpica*, State's supplemental response completed on 04/21/15.

6.  114-0649-13, *Troy v. State*, State's response to Chapter 64 DNA motion completed on 04/23/15.

7.  241-1467-12, *Calvert v. State*, State's response to Motion to Quash Jury Array completed on 04/24/15.

8.  241-1251-08-A, *Miller v. State*, State's response to motion for rehearing completed on 04/28/15.

9.  114-1603-11-A, *Ex parte Pullins*, State's supplemental response completed on 04/30/15.

10. 114-1604-11-A, *Ex parte Pullins*, State's supplemental response completed on 04/30/15.

11. 007-0405-09-D, *Ex parte Margraves*, State's answer completed on 05/05/15.

12. PD-0270-15, *Sullivan v. State*, State's response to petition for discretionary review completed on 05/06/15.

13. 007-1726-07-A, *Ex parte Mauldin*, State's answer completed on 05/07/15.

I. In addition to the appellate/trial matters listed above, I am daily called upon to research issues arising at trial, to answer questions from law enforcement, or to assist in the preparation and or presentation of grand jury indictments.

J. While this brief has been pending, the capital murder trial of *James Calvert v. State*, Cause No. 241-1467-12, in the 241st District Court has been ongoing. During the pretrial phase, I have had to research several issues in response to the extremely numerous motions being filed by the defendant.

K. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief.

L. The State has a great interest in affirming the judgement of the 114th District Court in this case.

**WHEREFORE,** this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before May 25, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

**VERIFICATION**

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on ___May 8, 2015___, personally appeared ___Michael West___, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

NOTARY PUBLIC - State of Texas



PERLA YVETH NAVARRO
Notary Public
State of Texas
My Comm. Expires 5-31-2015

## CERTIFICATE OF SERVICE

On _____*May 8, 2015*_____, at true and complete copy of this instrument has been electronically served to:

Mr. Jeff Haas
Attorney at Law
100 E. Ferguson, Ste. 908
Tyler, Texas 75702


Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)